UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

(Columbia Division)

[Kelvin Washington] Plaintiff,

v.

Richland County Recreation Commission (RCRC) Defendant.

RCV'D - USDC COLA SC
APR 27 '26 PM3:17

## COMPLAINT

### 1.Jurisdiction

This is an action for unlawful retaliation and adverse employment actions arising from Plaintiff's employment with Defendant.

### 2. Parties

Plaintiff, Kelvin Washington, is a resident of Gadsden, South Carolina

Defendant, Richland County Recreation Commission (RCRC), is an employer doing business in South Carolina.

### 3. Facts

- Plaintiff was employed by Defendant as a Development Coordinator.
- Plaintiff raised concerns regarding workplace practices, including operational and organizational issues.
- Following these concerns, Plaintiff began experiencing increased scrutiny, micromanagement, and negative treatment.
- In or about May 2025, Plaintiff was demoted to Assistant Park Supervisor.
- Plaintiff was given inconsistent and conflicting reasons for this demotion.
- Plaintiff believes the stated reasons for the demotion were pretextual and not the true basis for the decision.
- Plaintiff filed for unemployment benefits following separation, and after a hearing, benefits were awarded, indicating the employer's stated reasons were not substantiated.
- Plaintiff suffered emotional distress and financial harm as a result of Defendant's actions.

### 4. EEOC Charge

- Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC).
- The Notice of Right to Sue is dated January 23, 2026.
- Plaintiff received the Notice by mail on or about January 27, 2026.
- Plaintiff filed this action within ninety (90) days of receipt, or as soon as practicable thereafter.

**5. Claims**

Defendant subjected Plaintiff to retaliation and adverse employment actions, including demotion under inconsistent and pretextual reasons, after Plaintiff raised concerns regarding workplace practices.

**6. Relief Requested**

*Plaintiff requests:*

Compensation for lost wages

Damages for emotional distress

Any other relief the Court deems appropriate

**JURY DEMAND**

Plaintiff demands a trial by jury.

*Kelvin Washington*

*553 Adams Scott Rd Gadsden SC*

*803-743-7011*

*Kwashingtonsc@gmail.com*