IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kelvin Washington,<br><br>Plaintiff,<br><br>v.<br><br>Richland County Recreation Commission,<br><br>Defendant. | C/A No.: 3:26-cv-1722-SAL<br><br>**ORDER** |

This matter is before the court on review of the Report and Recommendation (the "Report") issued by United States Magistrate Judge Kevin F. McDonald, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 10.] The magistrate judge recommends that this action be dismissed under Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to bring this case into proper form and failure to comply with an order of the court. *Id.* Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report. *Id.* at 5. Plaintiff has not objected to the Report, and the time to do so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

Finding no clear error in the Report, ECF No. 10, it is adopted and incorporated. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, without further leave to amend, and without issuance and service of process under Rule 41(b).

**IT IS SO ORDERED.**

August 24, 2026
Columbia, South Carolina

Sherri A. Lydon
United States District Judge